**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| FERNANDO ROSSY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MERGE HEALTHCARE, INCORPORATED, MICHAEL W. FERRO, JR., JEFFERY A. SURGES, JUSTIN DEARBORN, and STEVEN M. ORESKOVICH,<br><br>　　　　　Defendants. | Civil Action No. 1:14-cv-0318 |

(caption continues on the following page)


**ARKANSAS TEACHER RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION
OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,
<u>AND APPROVAL OF ITS SELECTION OF COUNSEL</u>**

| | |
|---|---|
| GEORGE PETROPOULOS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>   vs.<br><br>MERGE HEALTHCARE INCORPORATED, MICHAEL W. FERRO, JR., JEFFERY A. SURGES, STEVEN M. ORESKOVICH, and JUSTIN C. DEARBORN,<br><br>                    Defendants. | Civil Action No. 1:14-cv-0869 |
| ARNOLD FRIEDMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>   vs.<br><br>MERGE HEALTHCARE, INCORPORATED, MICHAEL W. FERRO, JR., JEFFERY A. SURGES, JUSTIN DEARBORN, and STEVEN M. ORESKOVICH,<br><br>                    Defendants. | Civil Action No. 1:14-cv-1404 |

Putative class member Arkansas Teacher Retirement System ("Arkansas Teacher") hereby moves this Court for entry of an Order: (1) consolidating all related actions pursuant to Federal Rule of Civil Procedure 42(a); (2) appointing Arkansas Teacher as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B); (3) approving Arkansas Teacher's selection of the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel and Lasky & Rifkind, Ltd. ("Lasky & Rifkind") as Liaison Counsel; and (4) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Arkansas Teacher submits herewith the accompanying Memorandum of Law, the Declaration of Norman Rifkind, the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

Dated: March 17, 2014

Respectfully Submitted,

**LASKY & RIFKIND, LTD.**

*/s/ Norman Rifkind*
Norman Rifkind
351 West Hubbard Street, Suite 401
Chicago, IL 60654
Telephone: (312 634 0057
Facsimile: (312) 634-0059
rifkind@laskyrifkind.com

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ
MELTZER & CHECK LLP**
Sean M. Handler
Darren J. Check
Naumon A. Amjed
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
shandler@ktmc.com
dcheck@ktmc.com

namjed@ktmc.com
rdegnan@ktmc.com

*Attorneys for Arkansas Teacher Retirement System and Proposed Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 17, 2014.

*/s/ Norman Rifkind*
Norman Rifkind